December 03, 2010

Mr. Duncan Roderick MacRae II
Henslee Schwartz, LLP
816 Congress Avenue, Suite 800
Austin, TX 78701

Honorable Carlos Raul Cortez
44th State Civil District Court
600 Commerce St., Box 540
Dallas, TX 75202
Mr. Edwin Todd Lipscomb
Loree, Hernandez & Lipscomb
14607 San Pedro Ave., Suite 125
San Antonio, TX 78232

RE: Case Number: 09-0474
 Court of Appeals Number: 05-08-01143-CV
 Trial Court Number: 07-06670

Style: IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN
 FOUNDATION REPAIR COMPANY OF DALLAS, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. (See December
3, 2010 orders)
 If you would like the opinion by email, please contact Claudia Jenks
at claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |